1
2
3
4
5
6
7
8

9 **IN THE UNITED STATES DISTRICT COURT**

10 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11 **SAN FRANCISCO DIVISION**

12

| | |
|---|---|
| ASSURANCE WIRELESS USA, L.P.; METROPCS CALIFORNIA, LLC; SPRINT SPECTRUM LLC; T-MOBILE USA, INC.; and T-MOBILE WEST LLC,<br><br>                     Plaintiffs,<br><br>    v.<br><br>ALICE B. REYNOLDS, President of the California Public Utilities Commission, in her official capacity; KAREN DOUGLAS, Commissioner of the California Public Utilities Commission, in her official capacity; DARCIE L. HOUCK, Commissioner of the California Public Utilities Commission, in her official capacity; JOHN REYNOLDS, Commissioner of the California Public Utilities Commission, in his official capacity; and GENEVIEVE SHIROMA, Commissioner of the California Public Utilities Commission, in her official capacity,<br><br>                     Defendants. | Case No. 3:23-cv-00483<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR A STAY PENDING APPEAL**<br><br>Date: _____, 2023<br>Time: _____<br>Courtroom: Courtroom B, 15th Floor<br><br>Complaint Filed: February 1, 2023 |

[PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR A STAY PENDING APPEAL
CASE NO. 3:23-cv-00483

Upon consideration of Plaintiffs' emergency motion for a stay pending appeal (the "Stay Motion") and the papers filed in support and in opposition, as well as the prior submissions in this action, the Court finds that Plaintiffs have shown good cause for issuance of [a stay pending appeal or an administrative stay pending the Ninth Circuit's adjudication of a motion by Plaintiffs for a stay pending appeal]. *See, e.g.*, *Azurin v. Von Raab*, 792 F.2d 914, 915 (9th Cir. 1986); *Echevarria v. Aerotek, Inc.*, 2019 WL 3207812, at *2 (N.D. Cal. July 16, 2019). Accordingly, the Court hereby orders that:

1. Plaintiffs' Stay Motion is **GRANTED**.

2. The connections-based rule adopted by the California Public Utilities Commission in Decision 22-10-021, 2022 WL 16782574 (Cal. P.U.C. Oct. 20, 2022), is **STAYED** against Plaintiffs [pending appeal or pending a decision by the Ninth Circuit Court of Appeals on a forthcoming motion for stay pending appeal].

**IT IS SO ORDERED**.

Dated: April __, 2023

LAUREL BEELER
United States Magistrate Judge